# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHRISTOPHER MCKIM, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STANDARD INSURANCE COMPANY; ) <br> ZIPREALTY INC., LONG TERM ) <br> DISABILITY INCOME PLAN, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:12-CV-01069-AWI-GSA <br><br> **ORDER TO DISMISS ZIPREALTY INC., LONG TERM DISABILITY INCOME PLAN** |

### ORDER

IT IS HEREBY ORDERED that Defendant ZIPREALTY INC., LONG TERM DISABILITY INCOME PLAN (the "Plan") be dismissed from this action without prejudice, with the parties to bear their own attorneys' fees and costs directly related to the instant Stipulation to Dismiss the Plan and the dismissal of the Plan.

Standard Insurance Company shall remain the only named defendant in this action. IT IS SO ORDERED.

IT IS SO ORDERED.

Dated: September 14, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE