# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| CHRISTOPHER MCKIM, | Case No. 1:12-CV-01069-AWI-GSA |
| Plaintiff, | **ORDER RE STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| STANDARD INSURANCE COMPANY; ZIPREALTY INC., LONG TERM DISABILITY INCOME PLAN, | |
| Defendants. | |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 1:12-CV-01069-AWI-GSA, is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own costs, expenses and attorneys' fees in this matter.

IT IS SO ORDERED.

Dated:  April 9, 2013

_____
SENIOR DISTRICT JUDGE

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

0.0

1

Case No. 1:12-CV-01069-AWI-GSA
ORDER RE STIPULATION FOR DISMISSAL
OF ENTIRE ACTION WITH PREJUDICE